UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED FIRE GROUP | CIVIL ACTION |
| VERSUS | NO: 05-1499 |
| DURO-LAST, INC. | SECTION: "N"(3) |

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana,     April 25, 2005

By Direction of the Court

LORETTA G. WHYTE



```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 22  A 9: 48

LORETTA G. WHYTE
      CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED FIRE GROUP | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION: **05-1499** |
| | * | |
| DURO-LAST, INC., ET AL | * | MAG.: **SECT. N MAG. 3** |
| | * | |

* * * * * * * * * * * * * * * *

### NOTICE OF REMOVAL

TO:  THE HONORABLE JUDGES OF THE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

Defendant Duro-Last, Inc., reserving any and all rights, objections, defenses and exceptions, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, and removes this action to the United States District Court for the Eastern District of Louisiana, for the following reasons:

1.

On or around March 22, 2005, plaintiff filed a lawsuit against Duro-Last, Inc. in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, entitled *"United Fire Group v. Duro-Last, Inc., et al.,"* and given docket number 618-267 by that court. A copy of the Citation, Petition for Damages and Request for Written Notice are attached as Exhibit A, which

{N1273830.1}

```
✓ Fee  250.
__ Process
X  Dktd
__ CtRmDep
__ Doc. No.
```

constitutes all process, pleadings and orders delivered to or served upon defendant. No further proceedings have occurred in the above-titled action in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

2.

This action was commenced by personally serving the Citation and Petition upon Duro-Last, Inc.'s agent for service of process on or after March 31, 2005.

3.

This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of copies of the Citation and Petition on Duro-Last, Inc.

4.

This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between all parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.

On information and belief, plaintiff, United Fire Group, is domiciled in Cedar Rapids, Iowa. Upon information and belief, United Fire Group remains a domiciliary of Louisiana at the time of this removal.

6.

Duro-Last, Inc. is a Michigan corporation with its principal place of business in Saginaw, Michigan, both at the time of filing of the suit and at the time of removal.

{N1273830.1}

2

7.

There is complete diversity of citizenship among the parties both at the time of filing and at the time of removal.

8.

Although the Petition does not make a specific monetary claim, the amount in controversy exceeds the jurisdictional minimum of $75,000.00. Immediately prior to filing suit, United Fire demanded payment of $294,995.59 for the damages alleged in its Petition. *See Fairchild v. State Farm Mutual Auto. Ins. Co.*, 907 F.Supp. 969 (M.D. La. 1995) (plaintiff's letter two months prior to removal demanding damages of $110,000 is "valuable evidence to indicate the amount in controversy.") A copy of the December 8, 2004, letter is attached as Exhibit B.

9.

Promptly upon filing of this Notice of Removal, a true copy of this Notice of Removal, together with a Notice of Removal of Case to Federal Court, will be provided to all adverse parties pursuant to 28 U.S.C. § 1446(d) and will be filed with the Clerk of the Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana. A copy of the Notice of Removal of Case to Federal Court is attached.

10.

The United States District Court for the Eastern District of Louisiana is the federal judicial district embracing the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, where the suit is pending and, therefore, removal to this court is proper pursuant under 28 U.S.C. §§ 1441(a) and 98(a).

**WHEREFORE**, Defendant Duro-Last, Inc. respectfully prays that this Notice of Removal be deemed good and sufficient, and that Proceeding No. 618-267 be removed from the

{N1273830.1}

3

24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the docket of this Honorable Court.

Respectfully submitted,

*/s/ Greg Latham*

R. HENRY SARPY, JR. (#11396)
GREGORY D. LATHAM (#25955)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRERE & DENEGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Telecopier: (504) 582-8011
**Attorneys for Defendants Duro-Last, Inc.**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have on this 22nd day of April, 2005 served a copy of the Notice of Removal upon all counsel of record.

*/s/ Greg Latham*

(101) Citation: ISS PETITION FOR DAMAGES; REQUEST FOR NOTICE      050323-9648-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

**DIV. E**
**JUDGE**
**GREG GERARD GUIDRY**

UNITED FIRE GROUP
versus
DURO-LAST, INC., ET AL

Case: 618-267    Div: "E"
P 1 UNITED FIRE GROUP

To: DUROLAST INC
THRU AGENT CT CORPORATION SYSTEMS
8550 UNITED PLAZA BOULEVARD
BATON ROUGE LA 70809

CK# 92163 $26.12

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES; REQUEST FOR NOTICE** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney TERESA C. LEYVA MARTIN and was issued by the Clerk Of Court on the 23rd day of March, 2005.

_Amber L. Simoneaux_, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISS PETITION FOR DAMAGES; REQUEST FOR NOTICE      050323-9648-2

SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this _____ day of _____, _____.
SERVICE: $ _____      BY: _____
MILEAGE: $ _____           Deputy Sheriff
TOTAL: $ _____

RECEIVED MAR 2005


EXHIBIT A

24th **JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO: 618-267

DIVISION

**UNITED FIRE GROUP**

**VERSUS**

**DURO-LAST, INC., ET AL**


DIV. E
JUDGE
GREG GERARD GUIDRY

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, United Fire Group, authorized and doing business in the State of Louisiana and who, with respect, represents that:

1.

Made Defendants herein are:

a) DURO-LAST, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, who manufactured, designed, assembled, sold or distributed products in Louisiana.

b) ABC INSURANCE COMPANY, a foreign Insurer who insured the manufacturer that designed, manufactured, assembled, sold or distributed Duro-Last roofing in the State of Louisiana.

2.

Venue is proper in this court under Louisiana Code of Civil Procedure Article 74.

3.

Defendants are liable unto Petitioner for damages, together with legal interest, expert fees and court costs.

4.

On or about April 11, 2004 and April 25, 2004, Petitioner's insureds, Frank and Patricia Scurlock, sustained damages to their business, Space Walk/Inflatable Zoo, Inc., located at 450 31st Street, Kenner, Louisiana, 70064, as a result of defective and/or improper installation of Duro-Last roofing purchased from Duro-Last, Inc.

5.

Duro-Last, Inc. was negligent in the manufacturing, distribution, transport, installation, and maintenance of the Duro-Last roof purchased by Frank and Patricia Scurlock or in the work or services performed on said Duro-Last Roofing, Inc.

6.

The aforementioned damages were in no way caused or contributed to by Petitioner's insureds, Frank and Patricia Scurlock.

7.

Petitioner was called upon to pay and paid for the property damages caused by Defendants pursuant to a commercial insurance policy written in favor of Frank and Patricia Scurlock.

8.

Petitioner is entitled to damages reasonable in the premises, including, but not limited to:

1. Property damages paid to and on behalf of its insureds;
2. Any deductible paid;
3. Expert fees;
4. Court costs;
5. Attorney's fees; and
6. Any and all other damages to be proven at trial in this matter.

9.

ABC Insurance Company provided coverage to Duro-Last, Inc., and is, therefore, liable for all the damages sought herein.

WHEREFORE, Petitioner prays that Defendants, Duro-Last, Inc. and ABC Insurance Company, be duly served with a Citation and this Petition in accordance with the law, and cited to appear and answer same and, after all legal delays and due proceedings are had, that there be judgment in favor of Petitioner and against Defendants for all damages deemed reasonable in the premises, together with legal interest from the date of judicial demand, all costs of these proceedings, and for all other general and equitable relief.

Respectfully submitted,

*Teresa Leyva Martin*
NATASHA Z. WILSON (#22672)
TERESA LEYVA MARTIN (#14145)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**ATTORNEYS FOR UNITED FIRE GROUP**

PLEASE SERVE:

DURO-LAST, INC.,
through their agent for service of process,
C.T. CORPORATIONS SYSTEMS
8550 United Plaza Boulevard
Baton Rouge, LA 70809

ABC INSURER
PLEASE WITHHOLD SERVICE

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
*[signature]*
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO: _____                                    DIVISION _____

UNITED FIRE GROUP

VERSUS

DURO-LAST, INC., ET AL

FILED: _____
                                                       DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE

In accordance with Louisiana Code of Civil Procedure Article 1571, *et seq.*, please send undersigned counsel for Petitioner, United Fire Group, by certified mail, written notice at least ten (10) days prior to any date fixed for trial or hearing in the above captioned matter, whether on exception, motion, rule or trial on the merits.

In accordance with Louisiana Code of Civil Procedure Article 1913, *et seq.*, please give undersigned counsel for Petitioner immediate written notice of any order or judgment rendered in the above captioned matter, whether on exception, motion, rule or trial on the merits.

Respectfully submitted,

_____
NATASHA Z. WILSON (#22672)
TERESA LEYVA MARTIN (#14145)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**ATTORNEYS FOR UNITED FIRE GROUP**

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA



**UNITED FIRE GROUP**

UNITED FIRE & CASUALTY COMPANY
UNITED LIFE INSURANCE COMPANY
ADDISON INSURANCE COMPANY
LAFAYETTE INSURANCE COMPANY
UNITED FIRE & INDEMNITY COMPANY

ITED FIRE LLOYDS
AMERICAN INDEMNITY COMPANY
TEXAS GENERAL INDEMNITY COMPANY
INSURANCE BROKERS & MANAGERS, INC

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

December 8, 2004

Eric J. Day
Warranty Service Supervisor
Duro-Last Roofing, Inc.
525 Morley Drive
Saginaw, MI 48601

RE: Claim No.          :   103 17-01064902
    Insured            :   Frank M. and Patricia M. Scurlock
    Date of Loss       :   04/11/04 and 04/25/04
    Your Warranty No.  :   2201
    Property Location  :   450 31st Street, Kenner, LA 70065

Dear Mr. Day:

Pursuant to our investigation into the loss as mentioned above, our investigation reveals that your roofing product was defective. We have confirmed this through our consultant engineer Rimkus and laboratory testing with Armstrong Forensic Laboratory, Inc.

Due to the fact that your roof was defective and there is a warranty, as mentioned above, we are hereby placing you on notice of our full subrogation rights for the total damages we have paid for the water intrusion to the building, a total of $288,995.59. In addition, our insured had a $5,000.00 deductible for the building and a $1,000.00 deductible for contents bringing the total amount to $294,995.59.

Please contact the writer immediately if you have further questions or discussion.

Otherwise, we request that you please place in line for immediate payment to United Fire Group the total amount of $294,995.59. If we do not hear from you within the next fourteen business days we will have no choice, but to turn this matter over to our attorney for suit and recovery.

---

Gulf Coast Regional Office – New Orleans Claims Branch
2115 Winne St. PO Box 1259 Galveston TX 77553
Phone: 504-826-5241 Watts: 800-747-1396 Claims Fax: 800-580-2996



EXHIBIT B

Claim No.: 103 17-01064902
December 8, 2004
Page Two

Thanking you for your attention to this matter.

Sincerely yours,

Gus Bazin, AIC, SCLA
Multi Line Field Claims Adjuster

GB/sm

```
CRSUMT01296904DEC07  041'      Pol No  103  70554057  Claim No   01064902
Ins SCURLOCK, FRANK M. & PATRIC         Date of Loss 04/11/2004
DIRECT ----------------RESERVE SUMMARY INQUIRY------------------Pg  1
```

Total Incurred Loss  $ 422,000.00+      Total Paid Expense $  17,550.49+
Total Paid Loss      $ 288,995.59+      Adjust Expense  $   6,270.81+
Outstanding Reserves $ 133,004.41-      Legal Expense $
                                Other Expense $   11,279.68+
Reins Reserve     $                S & S Received $
Reins Received    $                Inc w/Exp & S&S $   439,550.49+

| Cover | Inc Loss   | Paid Loss  | O/S Res    | Recoveries | Expenses     | SysIn |
|-------|------------|------------|------------|------------|--------------|-------|
| BLD   | 400000.00+ | 267282.21+ | 132717.79- |            | 17550.49+    | EC2   |
| PP    | 22000.00+  | 21713.38+  | 286.62-    |            |              | EC2   |

                  D-Direct, C-Ceded, N-Net   Co# 0    *=MLT SYSL
=============================================================================
1=File 2=Res 3=Clts 4=Pmts        A=ACS  CHOICE:    103    1701064902
ENTRY ACTION:    Clt No 0    Pmt No 0                    @

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 618-267                                                                                              DIVISION "E"

UNITED FIRE GROUP

VERSUS

DURO-LAST, INC., ET AL

FILED:_____               _____
                                                                                                    DEPUTY CLERK

**NOTICE OF REMOVAL OF CASE TO FEDERAL COURT**

**TO:**   Natasha Z. Wilson
          Teresa Leyva Martin
          Galloway, Johnson, Tompkins, Burr & Smith
          701 Poydras Street, 40th Floor
          New Orleans, LA 70139

      **PLEASE TAKE NOTICE** that on the 22nd day of April, 2005, defendant, Duro-Last, Inc. has removed the above-captioned case from this Court by filing a Notice of Removal with the Clerk of the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1446. A copy of that Notice of Removal is attached hereto and made a part hereof.

      Respectfully submitted,

_____
**R. HENRY SARPY, JR. (#11396)**
**GREGORY D. LATHAM (#25955)**
JONES, WALKER, WAECHTER, POITEVENT,
  CARRERE & DENEGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Telecopier: (504) 582-8011
**Attorneys for Defendant Duro-Last, Inc.**

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I have on this 22nd day of April, 2005, served a copy of the Notice of Removal of Case to Federal Court upon all counsel of record.

_____

{N1273714.1}

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

05-1499

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
United Fire Group

### DEFENDANTS
Duro-Last, Inc., et al

SECT. N MAG. 3

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Natasha Z. Wilson
Galloway, Johnson, Tompkins, Burr
701 Poydras Street, 40th Floor
New Orleans, LA  70139
(504) 525-6802

ATTORNEYS (IF KNOWN)
Gregory D. Latham
Jones Walker
201 St. Charles Avenue, 49th Floor
New Orleans, LA  70170
(504) 582-8000

### II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government not a party)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury- Product Liability | ☐ 630 Liquor laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employer's Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other fraud | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | ☐ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | | ☐ 720 Labor/Mgmt. Relations | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate sentence | | ☐ 861 HIA (1395ff) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Jobs / **Habeas Corpus** | | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Employee Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights / ☐ 555 Prison Condition | | **FEDERAL TAX SUITS** | |
| | | | ☐ 870 Taxes (U.S.Plaintiff or Defendant) | |
| | | | ☐ 871 IRS -Third Party 26 USC 7609 | |

### V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE   DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Insurance Contract

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ YES   ☐ NO

### VIII. RELATED CASE(S)  IF ANY   (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   April 22, 2005
SIGNATURE OF ATTORNEY OF RECORD   Greg Latham

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____