```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2006 OCT 27  AM 9:29

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED FIRE GROUP | * | CIVIL ACTION NO. 05-1499 |
| | * | |
| | * | JUDGE KURT ENGELHARDT |
| VERSUS | * | SECTION "N" |
| | * | |
| DURO-LAST, INC., ET AL | * | MAG. DANIEL KNOWLES, III |
| | * | MAGISTRATE 3 |

* * * * * * * * * * * * * * * *

## JUDGMENT

This matter came on for trial before the Court and a jury. The issues having been duly tried and the jury having rendered its findings on September 27, 2006,

**IT IS ORDERED, ADJUDGED AND DECREED** that JUDGMENT is hereby entered in favor of Defendant, Duro-Last, Inc., and against Plaintiff, United Fire Group, and the suit is dismissed with prejudice, Plaintiff taking nothing.

**IT IS FURTHER ORDERED AND ADJUDGED** that costs shall be awarded in favor of Defendant, Duro-Last, Inc., and against Plaintiff, United Fire Group. Pursuant to Rule 54, Defendant shall submit a Bill of Costs to the Clerk of Court within thirty (30) days of Judgment.

Dated: October 27, 2006

Honorable Kurt D. Engelhardt
United States District Judge

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep__
___ Doc. No.__
```

{N1573501.1}