U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 21  AM 7:33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED FIRE GROUP | * | CIVIL ACTION NO. 05-1499 |
| | * | |
| | * | JUDGE KURT ENGELHARDT |
| VERSUS | * | SECTION "N" |
| | * | |
| DURO-LAST, INC., ET AL | * | MAG. DANIEL KNOWLES, III |
| | * | MAGISTRATE 3 |

* * * * * * * * * * * * * * * * *

### ORDER

Considering the Joint Motion to Dismiss,

IT IS ORDERED that this action be dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 16th day of February, 2007.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

{N1616167.1}                      3

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____